```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00389
   CARLA E RANDLES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7550

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/17/2006 and was confirmed 03/30/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was paid in full 02/09/2009.
--------------------------------------------------------------------------------
   CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
   AMERICASH LOANS LLC      UNSECURED           1435.31           .00          1435.31
   ROUNDUP FUNDING LLC      UNSECURED            627.93           .00           627.93
   RESURGENT CAPITAL SERVIC UNSECURED            340.74           .00           340.74
   ECAST SETTLEMENT CORP    UNSECURED            302.00           .00           302.00
   ECAST SETTLEMENT CORP    UNSECURED           7946.42           .00          7946.42
   ECAST SETTLEMENT CORP    UNSECURED            790.20           .00           790.20
   PROVIDIAN NATIONAL BANK  UNSECURED          NOT FILED          .00              .00
   PREMIER BANCARD CHARTER  UNSECURED            355.35           .00           355.35
   TIMOTHY K LIOU           DEBTOR ATTY        2,555.20                        2,555.20
   TOM VAUGHN               TRUSTEE                                              982.43
   DEBTOR REFUND            REFUND                                               100.42

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE                 15,436.00

   PRIORITY                                              .00
   SECURED                                               .00
   UNSECURED                                       11,797.95
   ADMINISTRATIVE                                   2,555.20
   TRUSTEE COMPENSATION                               982.43
   DEBTOR REFUND                                      100.42
                            ---------------       ---------------
   TOTALS                   15,436.00              15,436.00




                      PAGE   1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 00389 CARLA E RANDLES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 03/26/09                 _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE